**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| GUAVA LLC, | CASE NO. 0:13-cv-00320 |
| Plaintiff, | |
| v. | |
| | Judge: Hon. Donovan W. Frank |
| JOHN DOE, | Magistrate Judge: Hon. Franklin L. Noel |
| Defendant. | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff Guava LLC does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

                Respectfully submitted,

                Guava LLC

DATED: February 18, 2013

                By:    s/ Michael K. Dugas
                        Michael K. Dugas
                        Bar No. 0392158
                        Attorney for Plaintiff
                        40 South 7th Street
                        Suite 212 – 307
                        Minneapolis, MN 55402
                        Telephone: (888) 588-9473
                        mkdugas@livewireholdings.com