# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GUAVA, LLC, | CASE NO. 13-cv-00320 |
| Plaintiff, | |
| | Judge: Hon. Donovan W. Frank |
| v. | |
| | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Guava, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against the John Doe Defendant. The respective John Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

GUAVA, LLC

DATED: March 11, 2013

By:   s/ Michael K. Dugas
   Michael K. Dugas
   Bar No. 0392158
   Attorney for Plaintiff
   40 South 7th Street
   Suite 212 – 307
   Minneapolis, MN 55402
   Telephone: (888) 588-9473
   mkdugas@livewireholdings.com

1