UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guava, LLC,  Civil No. 13-320 (DWF/FLN)

          Plaintiff,

v.  **ORDER FOR DISMISSAL WITHOUT PREJUDICE**

John Doe,

          Defendant.

Based upon Plaintiff's Notice of Dismissal Without Prejudice filed on March 11, 2013, (Doc. No. [4]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: March 14, 2013

          s/Donovan W. Frank
          DONOVAN W. FRANK
          United States District Judge